**Order entered May 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01147-CV

### BAYLOR HEALTH CARE SYSTEM, Appellant

### V.

### KAREN OLSON, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00568**

## ORDER

Pursuant to the Court's opinion of this date, we **VACATE** the February 27, 2015, order

staying the litigation proceedings and discovery in the trial court.


/s/    DOUGLAS S. LANG
        JUSTICE